# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ZAWON T. MOORE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:07CV703-LG-JMR** |
| | § | |
| **HARRISON COUNTY, MISSISSIPPI,** | § | |
| **HEALTH ASSURANCE LLC,** | § | |
| **and PAT OLSEN** | § | **DEFENDANTS** |

### JUDGMENT

This matter having come on to be heard on the Report and Recommendations [36] entered by Chief United States Magistrate Judge John M. Roper, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Report and Recommendations [36] entered by Chief United States Magistrate Judge John M. Roper, be, and the same hereby is, adopted as the finding of this Court. Plaintiff's cause of action is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge